# United States District Court
# For The Western District of North Carolina
# Statesville Division

ALISA M. SMITH,

       Petitioner,

vs.

LYNN SANDERS,

       Respondent.

JUDGMENT IN A CIVIL CASE

CASE NO. 5:08CV39-3-MU

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 22, 2008, Order.

May 22, 2008

FRANK G. JOHNS, CLERK

BY: s/Carolyn Bouchard
      Carolyn Bouchard, Deputy Clerk